UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEITH CARTER,

                Plaintiff,                07 Civ. 6964 (PAC)

  -against-                         COMPLAINT

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
------------------------------------------------------------X

PLAINTIFF DEMANDS TRIAL BY JURY

Plaintiff, by his attorneys, Law Offices of Michael Flynn, PC, complains of the defendant and alleges:

FIRST: This action is brought under the Federal Employers' Liability Act, (45 U.S.C. Sec. 51 et seq.).

SECOND: The defendant is a corporation is engaged in interstate commerce by rail and operate a railroad system and railroad yards within the jurisdiction of this Court and in various other States.

THIRD: That prior to February 14, 2006, and at all times hereinafter mentioned, the defendant employed the plaintiff as a carman inspector under its direction, supervision and control and in furtherance of defendant's business in interstate commerce.

FOURTH: That prior to February 14, 2006, and at all times hereinafter mentioned, the defendant maintained, operated and controlled the substation at Catenary 38 which contained defendant's tracks, rails, switches, sidings, roadbeds and appurtenances thereto, over, through and upon which the defendant operated engines, trains and cars under its control and direction.

FIFTH:  That on or about February 14, 2006, while the plaintiff, an employee of the defendant, was in the performance of his duties as a carman inspector near the substation at Catenary 38 in Pelham, New York, the defendant, its agents, servants and employees, so negligently and carelessly conducted themselves toward the plaintiff in failing to provide plaintiff with a reasonably safe place to work; in failing to provide safe ingress and egress; and, so negligently failed and neglected to enact and enforce safety rules, regulations, procedures, and practices for activities carried out by its personnel at the said place, that all of the foregoing brought about severe and disabling injuries to plaintiff.

SIXTH:  That the said injuries occurred while the plaintiff was acting in the furtherance of interstate commerce or in work closely or substantially affecting the same.

SEVENTH:  That the plaintiff was damaged thereby in the sum of $1,000,000.00.

WHEREFORE, plaintiff demands judgment against the defendant in the sum of ONE MILLION ($1,000,000.00) DOLLARS, together with the costs and disbursements of this action.

        Law Offices of Michael Flynn, PC
        Attorneys for Plaintiff
        1205 Franklin Avenue
        Garden City, NY 11530
        (516) 877-1234

        By:_____
           MICHAEL FLYNN, MF7150

AO 440 (Rev. 5/85) Summons in a Civil Action
===============================================================================

# *UNITED STATES DISTRICT COURT*

_____SOUTHERN_____ District of_____NEW YORK_____

KEITH CARTER,

                  Plaintiff,                      **SUMMONS IN A CIVIL ACTION**

                **V.**                                    CASE NUMBER:

METRO-NORTH COMMUTER RAILROAD,

                  Defendant.


    **TO:  (Name and Address of Defendant)**
        Metro-North Commuter Railroad
        347 Madison Avenue
        New York, NY 10017


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and  serve upon

PLAINTIFF'S ATTORNEY (name and address)

       Michael Flynn, Esq., MF7150
       Law Offices of Michael Flynn, PC
       1205 Franklin Avenue
       Garden City, NY 11530
       (516) 877-1234


an answer to the complaint, which is herewith upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


_____                _____
CLERK                                                                      DATE


_____
BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]   DATE _____

NAME OF SERVER _____   TITLE _____

Check the box below to indicate appropriate method of service

[ ]   Served personally upon the defendant. Place where served: _____

[ ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ]   Returned unexecuted: _____

[ ]   Other (specify): _____

**STATEMENT OF SERVICE FEES**

TRAVEL _____   SERVICES _____   TOTAL _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            DATE                    SIGNATURE OF SERVER

                                    ADDRESS OF SERVER

1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.