UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
KEITH CARTER

                      Plaintiff,

                                                             RULE 7.1 STATEMENT

  -against-

                                                              07 Civ. 6964 (PAC)

METRO-NORTH COMMUTER RAILROAD,

                      Defendant.
---------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).) Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York          RICHARD K. BERNARD
       August 30, 2007              GENERAL COUNSEL

                                              BY:  S/_____
                                                Ioana Wenchell - IW/4775
                                              Attorneys for Defendant
                                              347 Madison Avenue
                                              New York, New York  10017
                                              212-340-2203