UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

KEITH CARTER,

                    Plaintiff,       07 Civ. 6964 (PAC)

     -against-                CASE MANAGEMENT PLAN

METRO-NORTH COMMUTER RAILROAD,

               Defendant.
-------------------------------------------------------X

       The Civil Case Management Plan, submitted in accordance with Rule 26(f), Fed.
R. Civ. P., is adopted as the Scheduling Order of this Court in accordance with Rule
16(f), Fed. R. Civ. P.

1.     All parties do not consent to conducting all further proceedings before
       a Magistrate Judge, including motions and trial. 28 U.S.C. §636(c).

2.     The case is to be tried by a jury.

3.     Amended pleadings may not be filed and additional parties may not be joined
       except with leave of the Court. Any motion to amend or to join additional parties
       shall be filed within _30_ days from the date of this Order. (Absent exceptional
       circumstances, thirty (30) days).

4.     Initial disclosure pursuant to Rules 26(a)(1), Fed. R. Civ. P., shall be completed
       not later than _14_ days from the date of this Order. (Absent exceptional
       circumstances, fourteen (14) days.)

5.     All fact discovery shall be completed no later than ___January 18, 2008___.
       (A period not to exceed 120 days, unless the Court finds that the case presents
       unique complexities or other exceptional circumstances.)

6.     The parties are to conduct discovery in accordance with the Federal Rules of Civil
       Procedure and the Local Rules of the Southern District of New York. The
       following interim deadlines may be extended by the written consent of all parties
       without application to the Court, provided all fact discovery is completed by the
       date set forth in paragraph 5 above:

       a.    Initial requests for production of documents to be served by _9/28/07_
       b.    Interrogatories to be served by _____9/28/07_____
       c.    Depositions to be completed by ___12/3/07___
       d.    Requests to Admit to be served no later than _____12/4/07_____

7.     a.    All expert discovery shall be completed no later than _____2/29/08_____
           (Absent exceptional circumstances, a date forty-five (45) days from the

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 8 2007

date in paragraph 5, i.e. the completion of all fact discovery.)

    b.    No later than thirty (30) days prior to the date in paragraph 5, i.e. the completion of all fact discovery, the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) plaintiff(s)' expert report(s) shall be due before those defendant(s)' expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 7(a).

8.    All motions and applications shall be governed by the Court's Individual Practices, including pre-motion conference requirements.

9.    All counsel must meet face-to-face for at least one hour to discuss settlement within fourteen (14) days following the close of fact discovery.

10.    a.    Counsel for the parties have discussed an informal exchange of information in aid of an early settlement of this case and have agreed upon the following:

    Plaintiff has exchanged photos of the accident site and medicals together with a demand for $225,000.00.
    Plaintiff to provide defendant with HIPAA compliant authorizations for plaintiff's treatment regarding the injuries claimed in this action.

    b.    Counsel for the parties have discussed the use of the following alternative dispute resolution mechanisms for use in this case: (i) a settlement conference before a Magistrate Judge; (ii) participation in the District's Mediation Program; and/or (iii) retention of a privately retained mediator. Counsel for the parties propose the following alternative dispute resolution mechanism for this case:
    Settlement conference with Magistrate Judge

    c.    Counsel for the parties recommend that the alternative dispute resolution mechanism designated in paragraph b, be employed at the following point in the case (e.g. within the next sixty days; after the deposition of plaintiff is completed (specify date); after the close of fact discovery)

    After close of discovery

    d.    The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

11.    The Final Pretrial Submission Date is thirty (30) days following the close of fact and expert discovery (whichever is later). By the Final Pretrial Submission Date, the parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practices and Rule 26(a)(3), Fed. R. Civ. P. Any motions in limine (for which the promotion conference requirement is waived)

shall be filed by the Final Pretrial Submission Date. If this action is to be tried before a jury, proposed voir dire, jury instructions and verdict form shall also be filed by the Final Pretrial Submission Date. Counsel are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in submission. Jury instructions may not be submitted after the Final Pretrial Submission Date, unless they meet the standard of Rule 51(a)(2)(A), Fed. R. Civ. P. If this action is to be tried to the Court, proposed findings of fact and conclusions of law should be submitted by the Final Pretrial Submission Date.

12.    Counsel for the parties have conferred and their present best estimate of the length of trial is: ____3 days_____

13.

| | |
|---|---|
| Motion to amend or to join additional parties to be filed no later than: | 10/18/07 |
| Initial Disclosure pursuant to Rule 26(a)(1), Fed.R.Civ.P. to be served no later than | 10/2/07 |
| All fact discovery to be completed no later than | 1/18/08 |
| Discovery – initial request for production of documents to be served no later than | 9/28/07 |
| Discovery – interrogatories to be served no later than | 9/28/07 |
| Discovery – depositions to be completed no later than | 12/3/07 |
| Discovery – requests to admit to be served no later than | 12/4/07 |
| All expert discovery to be completed no later than | 2/29/08 |
| Parties to meet to confer on scheduled for expert disclosure no later than | 12/18/07 |
| All counsel to meet face-to-face to discuss settlement no later than | 2/1/08 |
| Date recommended by counsel for alternative dispute resolution | March, 2008 |

...................................................................................................................

TO BE COMPLETED BY THE COURT:

14.    The next Case Management is scheduled for _December 12, 2007 @ 4:30_

This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend shall be made in a written application in accordance with paragraph 1(E) of the Court's Individual Practices and shall be made no less than two (2) days prior to the expiration of the date sought to be extended.

_Paul A. Crotty_
**Paul A. Crotty**
**United States District Judge**

Dated: New York, New York
_September 18, 2007_