UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEITH CARTER,

                    Plaintiff,                              07 Civ. 6964 (PAC)

- against -                                                NOTICE OF
                                                                         SUBSTITUTE OF ATTORNEY

METRO-NORTH COMMUTER RAILROAD,

                    Defendant.
-----------------------------------------------------------------X

*S I R S:*

      PLEASE TAKE NOTICE, that JESSE A. RAYE [JAR 2009], an attorney with the Law Office of Richard K. Bernard, Metro-North Commuter Railroad, 347 Madison Avenue, 19th Fl. New York, New York 10017 telephone number 212-340-2538, is hereby substituted as attorney of record in this action in place and stead of Ioana Wenchell.

Date:  New York, NY
        February 13, 2008,

                                                   RICHARD K. BERNARD
                                                  GENERAL COUNSEL

                                                  By: _____
                                                      JESSE A. RAYE
                                               Attorney for Defendant
                                     347 Madison Avenue, 19th Fl.
                                     New York, New York  10017
                                     (212) 340-2538  -  JAR/2009

TO:    Michael Flynn, Esq.
        Law Office of Michael Flynn PLLC
        Attorney for Plaintiff
        1205 Franklin Avenue
        Garden City, NY 11530
        (516) 877-1234

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KEITH CARTER,

                Plaintiff,                      07 Civ. 6964 (PAC)

- against -                                        NOTICE OF
                                                           SUBSTITUTE OF ATTORNEY

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
------------------------------------------------------------------X


NOTICE OF SUBSTITUTE OF ATTORNEY




212-340-3538                      JESSE A. RAYE                  19TH FL.


                                      DEFENDANT