```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 3 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
Keith Carter                                    :

        Plaintiff,                    :       1: 07 Civ. 6964 (PAC)

  - against -                                     :       **ORDER OF DISCONTINUANCE**

Metro-North Commuter Railroad.,                 :

        Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled[1], it is,

**ORDERED,** that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation of Dismissal upon receipt from either party. The Clerk of Court is directed to terminate any pending deadlines, and to close out this case.

                                                               SO ORDERED

                                                               _____
                                                               PAUL A. CROTTY
                                                               United States District Judge

Dated:    New York, New York
             April 23, 2008

---

[1] Case settled during the April 23, 2008 settlement conference.